PROB 22
(Rev. 2/88)

**TRANSFER OF JURISDICTION**

DOCKET NUMBER (Tran. Court)
1:CR-09-147-01

DOCKET NUMBER (Rec. Court)
2: 10- 588

NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE

Patricia Turner
630 Cedar Avenue
Darby, PA 19023

**FILED**

SEP 09 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| DISTRICT | DIVISION |
|---|---|
| Middle District/PA | Harrisburg |

NAME OF SENTENCING JUDGE
Honorable Yvette Kane,
Chief United States District Judge

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/21/10 | TO 5/21/13 |
|---|---|---|

OFFENSE
18 U.S.C. § 1012 - False Statements to the Department of Housing and Urban Development

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ Middle ____    DISTRICT OF ____ Pennsylvania ____

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8·27·2010
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____ Eastern ____    DISTRICT OF ____ Pennsylvania ____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

**FILED**

SEP 14 2010

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Sept 13, 2010
_____
Effective Date

_____
United States District Judge